UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASERDYNAMICS USA, LLC,<br><br>                           Plaintiff,<br><br>  -against-<br><br>RLX MEDIA, LLC,<br><br>                           Defendant. | Civil Action No.: 1:16-cv-2531<br><br>**COMPLAINT AND DEMAND<br>FOR JURY TRIAL** |

Plaintiff LaserDynamics USA, LLC ("LDUSA"), by and through its attorneys Kheyfits P.C., as and for its complaint against Defendant RLX MEDIA, LLC. ("RLX MEDIA"), hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq.*, for infringement by Defendant RLX MEDIA of one or more claims of U.S. Patent No's. 6,426,927 (the "'927 patent"), 6,529,469 (the "'469 patent"), and 7,116,629 (the "'629 patent") (collectively, the '927 patent, the '469 patent, and the '629 patent are referred to herein as the "Patents-in-Suit").

## PARTIES

2. Plaintiff LDUSA is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at 75 Montebello Road, Suffern, New York 10901.

3. On information and belief, Defendant RLX MEDIA is a corporation organized and existing under the laws of the State of Florida, having its principal place of business at 720 SW

12th Avenue, Pompano Beach, FL 33069.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has personal jurisdiction over RLX MEDIA pursuant to N.Y. C.P.L.R. §§ 301 and 302(a)(1)-(3).  On information and belief, this Court has general jurisdiction over RLX MEDIA based on its continuous and systematic conduct within New York, including, *inter alia,* RLX MEDIA's continuous contacts with and sales to customers in New York and importation of products into New York.  On information and belief, RLX MEDIA is also subject to specific jurisdiction of this Court because, *inter alia*, RLX MEDIA has committed acts of patent infringement alleged in the Complaint within the state of New York and elsewhere, causing injury within the state.

6.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) because, *inter alia*, Plaintiff LDUSA's principal place of business is located in this judicial district, the Patents-in-Suit are assigned to Plaintiff, and infringement of the Patents-in-Suit has occurred and is occurring in this judicial district.

## BACKGROUND

7.      The '927 patent is entitled "Data Recording And Reproducing Method For Multi-Layered Optical Disk System."

8.      The '469 patent is entitled "Data Recording And Reproducing Technique For Multi-Layered Optical Disk System."

9.      The '629 patent is entitled "Data Recording And Reproducing Method For Multi-Layered Optical Disk System."

10.     The inventions of the Patents-in-Suit generally relate to optical disk recording and

reproducing technologies.

11. Yasuo Kamatani invented the technology claimed in the Patents-in-Suit.

12. On information and belief, RLX MEDIA manufactures, uses, sells, and/or offers for sale dual-layer optical discs for customers in the United States. On information and belief, certain of the dual-layer optical discs manufactured by RLX MEDIA are manufactured in conformance with a format of dual-layer optical discs commonly known in the industry as "DVD-9" discs. On information and belief, RLX MEDIA manufactures DVD-9 discs using a process known in the industry as replication. On information and belief, dual layer optical discs replicated by RLX MEDIA in conformance with the DVD-9 format infringe claims of the Patents-in-Suit. In the alternative and on information and belief, RLX MEDIA causes others to replicate DVD-9 discs that infringe claims of the Patents-in-Suit.

13. On information and belief, in addition to the replication of DVD-9 and other dual-layer optical discs, RLX MEDIA also offers to its customers a range of packaging, distribution, and/or other services relating to the replication of DVD-9 discs. On information and belief, the distribution services offered by RLX MEDIA to its replication customers include but are not limited to the distribution of replicated DVD-9 discs directly to customers located in the United States, including in New York.

14. By correspondence, including the letters dated May 14, 2015, July 21, 2015, October 13, 2015, and January 7, 2016, non-party General Patent Corporation ("GPC"), in its role as manager of LDUSA, notified RLX MEDIA of the existence of the Patents-in-Suit and RLX MEDIA's infringement thereof.

15. Accordingly, and on information and belief, RLX MEDIA has received notice of the Patents-in-Suit, and of its infringement thereof.

## COUNT I:  INFRINGEMENT OF THE PATENTS-IN-SUIT BY RLX MEDIA

16. Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

17. On July 30, 2002, the United States Patent and Trademark Office duly and lawfully issued the '927 patent, entitled "Data Recording And Reproducing Method For Multi-Layered Optical Disk System," based upon an application filed by the inventor, Yasuo Kamatani.  A true and correct copy of the '927 patent is attached hereto as Exhibit A.

18. On March 4, 2003, the United States Patent and Trademark Office duly and lawfully issued the '469 patent, entitled "Data Recording And Reproducing Technique For Multi-Layered Optical Disk System," based upon an application filed by the inventor, Yasuo Kamatani.  A true and correct copy of the '469 patent is attached hereto as Exhibit B.

19. On October 3, 2006, the United States Patent and Trademark Office duly and lawfully issued the '629 patent, entitled "Data Recording And Reproducing Method For Multi-Layered Optical Disk System," based upon an application filed by the inventor, Yasuo Kamatani.  A true and correct copy of the '629 patent is attached hereto as Exhibit C.

20. LDUSA is the owner by assignment of the Patents-in-Suit, and has the right to sue and recover damages for infringement thereof.

21. RLX MEDIA is not licensed under the Patents-in-Suit, yet RLX MEDIA knowingly, actively, and lucratively practices the claimed inventions of the patents.

22. On information and belief, RLX MEDIA has been and is now directly infringing at least claims 1-4, and 6 of the '927 patent, claims 3 and 12 of the '469 patent, and/or claims 12, 14, 16, 22, 24, and 26 of the '629 patent by making, using, importing, providing, supplying, distributing, selling and/or offering to sell infringing products.  RLX MEDIA's infringing products include, but are not limited to, at least dual-layer DVD-9 discs.

23. RLX MEDIA is therefore liable for direct infringement of the Patents-in-Suit pursuant to

35 U.S.C § 271(a).

24.     The acts of infringement by RLX MEDIA have caused and will continue to cause damage to LDUSA.  LDUSA is entitled to recover damages from RLX MEDIA in an amount not less than a reasonable royalty pursuant to 35 U.S.C. § 284.  The full measure of damages sustained as a result of RLX MEDIA's wrongful acts will be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, LDUSA prays for the judgment in its favor against RLX MEDIA, granting LDUSA the following relief:

   A.   Entry of judgment in favor of LDUSA against RLX MEDIA on all counts;

   B.   Entry of judgment that RLX MEDIA has infringed the Patents-in-Suit;

   C.   Award of compensatory damages adequate to compensate LDUSA for RLX MEDIA's infringement of the Patents-in-Suit, in no event less than a reasonable royalty as provided by 35 U.S.C. § 284;

   D.   LDUSA's costs;

   E.   Pre-judgment and post-judgment interest on LDUSA's award; and

All such other and further relief as the Court deems just or equitable.

**DEMAND FOR JURY TRIAL**

      Pursuant to Rule 38 of the Fed. R. Civ. Proc., Plaintiff hereby demands trial by jury in this action of all claims so triable.

Dated: New York, New York
       April 5, 2016

Respectfully submitted,

KHEYFITS P.C.

By:   /s/ Dmitry Kheyfits
      Dmitry Kheyfits
      dkheyfits@kheyfits.com
      Andrey Belenky
      abelenky@kheyfits.com
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel. (212) 203-5399
Fax. (212) 203-6445

*Attorneys for Plaintiff LaserDynamics USA LLC*